UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Francis E. Bakutis                          Civil Action
                                            No: 3:02CV01877(SRU)
    Plaintiff                           FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Maurice Barrett                             Civil Action
                                            No: 3:03CV00180(DJS)
    Plaintiff                           FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

David B. Betrix                             Civil Action
                                            No: 3:03CV00181(WWE)
    Plaintiff                           FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

**PLAINTIFF'S MOTION FOR RECONSIDERATION AND
MOTION TO EXTEND THE DEADLINE FOR FILING ANY OBJECTIONS
UNTIL AFTER THE COURT RULES ON THE INSTANT MOTION**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Michael Bettini | Civil Action<br>No: 3:02CV02030(RNC) |
|    Plaintiff | <u>FELA HEARING LOSS CASES –</u><br><u>MAY BE FILED IN NEW HAVEN</u><br><u>AS ORDERED BY MAGISTRATE</u><br><u>JUDGE MARGOLIS.</u> |
| VS. | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
|    Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Robert C. Black | Civil Action<br>No: 3:02CV01873(AVC) |
|    Plaintiff | <u>FELA HEARING LOSS CASES –</u><br><u>MAY BE FILED IN NEW HAVEN</u><br><u>AS ORDERED BY MAGISTRATE</u><br><u>JUDGE MARGOLIS.</u> |
| VS. | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
|    Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Thomas, Byrne, Sr. | Civil Action<br>No: 3:03CV00182(CFD) |
|    Plaintiff | <u>FELA HEARING LOSS CASES –</u><br><u>MAY BE FILED IN NEW HAVEN</u><br><u>AS ORDERED BY MAGISTRATE</u><br><u>JUDGE MARGOLIS.</u> |
| VS. | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
|    Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| James E. Caffrey | Civil Action No: 3:02CV01884(CFD) |
| Plaintiff | FELA HEARING LOSS CASES – MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS. |
| VS. | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Paul F. Ciuzio | Civil Action No: 3:02CV02032(JBA) |
| Plaintiff | FELA HEARING LOSS CASES – MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS. |
| VS. | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Samuel J. Compo | Civil Action No: 3:02CV1675(PCD) |
| Plaintiff | FELA HEARING LOSS CASES – MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS. |
| VS. | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Frank A. DiLorenzo                          Civil Action
                                            No: 3:03CV00183(AWT)
    Plaintiff                           FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Richard Fanning                             Civil Action
                                            No: 3:02CV02034(SRU)
    Plaintiff                           FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Thomas Farley                               Civil Action
                                            No: 3:02CV02035(WWE)
    Plaintiff                           FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Calogero Farruggio                          Civil Action
                                            No: 3:02CV02036(CFD)
    Plaintiff                           FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.


Metro-North Railroad Company, et al.        January 27, 2004


    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Robert L. Fuda                              Civil Action
                                            No: 3:02CV01678(RNC)
    Plaintiff                           FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.


Metro-North Railroad Company, et al.        January 27, 2004


    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

John P. Geary                               Civil Action
                                            No: 3:02CV01679(WWE)
    Plaintiff                           FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.


Metro-North Railroad Company, et al.        January 27, 2004


    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Clyde Gibbs                                   Civil Action
                                              No: 3:02CV02037(WWE)
   Plaintiff                    <u>FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
                                              AS ORDERED BY MAGISTRATE
VS.                                           JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.          January 27, 2004


   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Dennis Inconstanti                            Civil Action
                                              No: 3:03CV00184(JCH)
   Plaintiff                    <u>FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
                                              AS ORDERED BY MAGISTRATE
VS.                                           JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.          January 27, 2004


   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Thomas Infantino                             Civil Action
                                              No: 3:02CV02038(GLG)
   Plaintiff                    <u>FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
                                              AS ORDERED BY MAGISTRATE
VS.                                           JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.          January 27, 2004


   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

John F. Johnson, Jr.                          Civil Action
                                              No: 3:03CV00185(GLG)
    Plaintiff                                 FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
VS.                                           AS ORDERED BY MAGISTRATE
                                              JUDGE MARGOLIS.

Metro-North Railroad Company, et al.          January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Charles A. Kane                               Civil Action
                                              No: 3:02CV01878(CFD)
    Plaintiff                                 FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
VS.                                           AS ORDERED BY MAGISTRATE
                                              JUDGE MARGOLIS.

Metro-North Railroad Company, et al.          January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Karl Kautz                                    Civil Action
                                              No: 3:02CV01874(JBA)
    Plaintiff                                 FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
VS.                                           AS ORDERED BY MAGISTRATE
                                              JUDGE MARGOLIS.

Metro-North Railroad Company, et al.          January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Thomas Kiniry                                    Civil Action
                                                 No: 3:02CV01680(JBA)
    Plaintiff                                FELA HEARING LOSS CASES –
                                                 MAY BE FILED IN NEW HAVEN
                                                 AS ORDERED BY MAGISTRATE
VS.                                              JUDGE MARGOLIS.


Metro-North Railroad Company, et al.             January 27, 2004


    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Frederick N. Koval                               Civil Action
                                                 No: 3:02CV01879(GLG)
    Plaintiff                                FELA HEARING LOSS CASES –
                                                 MAY BE FILED IN NEW HAVEN
                                                 AS ORDERED BY MAGISTRATE
VS.                                              JUDGE MARGOLIS.


Metro-North Railroad Company, et al.             January 27, 2004


    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Richard, J. Laskevitch                           Civil Action
                                                 No: 3:02CV01676(GLG)
    Plaintiff                                FELA HEARING LOSS CASES –
                                                 MAY BE FILED IN NEW HAVEN
                                                 AS ORDERED BY MAGISTRATE
VS.                                              JUDGE MARGOLIS.


Metro-North Railroad Company, et al.             January 27, 2004


    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Sigismondo LoVerme                    Civil Action
                                      No: 3:02CV01880(PCD)
    Plaintiff                         FELA HEARING LOSS CASES –
                                      MAY BE FILED IN NEW HAVEN
                                      AS ORDERED BY MAGISTRATE
VS.                                   JUDGE MARGOLIS.

Metro-North Railroad Company, et al.  January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Jerry, D. Patterson, Sr.              Civil Action
                                      No: 3:03CV00187(GLG)
    Plaintiff                         FELA HEARING LOSS CASES –
                                      MAY BE FILED IN NEW HAVEN
                                      AS ORDERED BY MAGISTRATE
VS.                                   JUDGE MARGOLIS.

Metro-North Railroad Company, et al.  January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

John Raggi                            Civil Action
                                      No: 3:02CV1681(GLG)
    Plaintiff                         FELA HEARING LOSS CASES –
                                      MAY BE FILED IN NEW HAVEN
                                      AS ORDERED BY MAGISTRATE
VS.                                   JUDGE MARGOLIS.

Metro-North Railroad Company, et al.  January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Pedro S. Rodriguez                          Civil Action
                                            No: 3:03CV00188(JBA)
    Plaintiff                               FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
VS.                                         AS ORDERED BY MAGISTRATE
                                            JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Edward Paul Russo                           Civil Action
                                            No: 3:02CV01682(JCH)
    Plaintiff                               FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
VS.                                         AS ORDERED BY MAGISTRATE
                                            JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Antonio P. Sartori, Jr.                     Civil Action
                                            No: 3:02CV02039(PCD)
    Plaintiff                               FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
VS.                                         AS ORDERED BY MAGISTRATE
                                            JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Alfred C. Schumacher                    Civil Action
                                        No: 3:02CV01875(AHN)
   Plaintiff                       <u>FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
                                        AS ORDERED BY MAGISTRATE</u>
VS.                                     <u>JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.    January 27, 2004


   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

James R. Scofield                       Civil Action
                                        No: 3:02CV1683(JCH)
   Plaintiff                       <u>FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
                                        AS ORDERED BY MAGISTRATE</u>
VS.                                     <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.    January 27, 2004


   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Michael Selmont                         Civil Action
                                        No: 3:02CV1677(GLG)
   Plaintiff                       <u>FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
                                        AS ORDERED BY MAGISTRATE</u>
VS.                                     <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.    January 27, 2004


   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Richard H. Starr                                    Civil Action
                                                    No: 3:03CV00189(RNC)
    Plaintiff                               FELA HEARING LOSS CASES –
                                                    MAY BE FILED IN NEW HAVEN
VS.                                                 AS ORDERED BY MAGISTRATE
                                                    JUDGE MARGOLIS.

Metro-North Railroad Company, et al.                January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Timothy Strand                                      Civil Action
                                                    No: 3:02CV01883(AWT)
    Plaintiff                               FELA HEARING LOSS CASES –
                                                    MAY BE FILED IN NEW HAVEN
VS.                                                 AS ORDERED BY MAGISTRATE
                                                    JUDGE MARGOLIS.

Metro-North Railroad Company, et al.                January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Millard J. Sullivan                                 Civil Action
                                                    No: 3:02CV01684(JCH)
    Plaintiff                               FELA HEARING LOSS CASES –
                                                    MAY BE FILED IN NEW HAVEN
VS.                                                 AS ORDERED BY MAGISTRATE
                                                    JUDGE MARGOLIS.

Metro-North Railroad Company, et al.                January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Timothy Sweeney                          Civil Action
                                         No: 3:02CV01872(RNC)
    Plaintiff                            FELA HEARING LOSS CASES –
                                         MAY BE FILED IN NEW HAVEN
VS.                                      AS ORDERED BY MAGISTRATE
                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.     January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Lawrence Tramaglini                      Civil Action
                                         No: 3:02CV02040(SRU)
    Plaintiff                            FELA HEARING LOSS CASES –
                                         MAY BE FILED IN NEW HAVEN
VS.                                      AS ORDERED BY MAGISTRATE
                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.     January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Joseph Walz                              Civil Action
                                         No: 3:02CV02041(DJS)
    Plaintiff                            FELA HEARING LOSS CASES –
                                         MAY BE FILED IN NEW HAVEN
VS.                                      AS ORDERED BY MAGISTRATE
                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.     January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Robert West                                Civil Action
                                           No: 3:03CV00190(AWT)
    Plaintiff                          <u>FELA HEARING LOSS CASES –
                                           MAY BE FILED IN NEW HAVEN
VS.                                        AS ORDERED BY MAGISTRATE
                                           JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.       January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Robert F. Wright                           Civil Action
                                           No: 3:03CV00191(RNC)
    Plaintiff                          <u>FELA HEARING LOSS CASES –
                                           MAY BE FILED IN NEW HAVEN
VS.                                        AS ORDERED BY MAGISTRATE
                                           JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.       January 27, 2004

    Defendants
_____X

## <u>PLAINTIFF'S MOTION FOR RECONSIDERATION AND MOTION TO EXTEND THE DEADLINE FOR FILING ANY OBJECTIONS UNTIL AFTER THE COURT RULES ON THE INSTANT MOTION</u>

Pursuant to 45 U.S.C. § 60 and D. Conn. L. R. Civ. P. 7(c), the plaintiffs in the above-captioned hearing loss cases respectfully move the Court to reconsider its January 15, 2004 Ruling on the Conrail Defendants' Motion To Compel with respect to request for production (RFP) 4 and 12. Upon reconsideration, the plaintiffs request that the Court only grant the motion insofar as it seeks production of statements obtained prior to commencement of the respective lawsuit.

**Oral Argument Requested**

Also, the plaintiffs move for an extension of time for filing any objections to the Court's January 15th Ruling until ten days after the Court rules on the instant motion for reconsideration.

FOR THE PLAINTIFFS,


By_____
    Scott E. Perry (ct17236)
    CAHILL & GOETSCH, P.C.
    43 Trumbull Street
    New Haven, Connecticut  06511
    (203) 777-1000


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on this 27th day of January, 2004 to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.


_____

Scott E. Perry