UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Francis E. Bakutis                              Civil Action
                                                No: 3:02CV01877(SRU)
   Plaintiff                                 FELA HEARING LOSS CASES –
                                                MAY BE FILED IN NEW HAVEN
                                                AS ORDERED BY MAGISTRATE
VS.                                             JUDGE MARGOLIS.

Metro-North Railroad Company, et al.            January 27, 2004

   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Maurice Barrett                                 Civil Action
                                                No: 3:03CV00180(DJS)
   Plaintiff                                 FELA HEARING LOSS CASES –
                                                MAY BE FILED IN NEW HAVEN
                                                AS ORDERED BY MAGISTRATE
VS.                                             JUDGE MARGOLIS.

Metro-North Railroad Company, et al.            January 27, 2004

   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

David B. Betrix                                 Civil Action
                                                No: 3:03CV00181(WWE)
   Plaintiff                                 FELA HEARING LOSS CASES –
                                                MAY BE FILED IN NEW HAVEN
                                                AS ORDERED BY MAGISTRATE
VS.                                             JUDGE MARGOLIS.

Metro-North Railroad Company, et al.            January 27, 2004

   Defendants
_____X

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR RECONSIDERATION**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Michael Bettini | Civil Action |
| | No: 3:02CV02030(RNC) |
| Plaintiff | FELA HEARING LOSS CASES – |
| | MAY BE FILED IN NEW HAVEN |
| | AS ORDERED BY MAGISTRATE |
| VS. | JUDGE MARGOLIS. |
| | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| | |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Robert C. Black | Civil Action |
| | No: 3:02CV01873(AVC) |
| Plaintiff | FELA HEARING LOSS CASES – |
| | MAY BE FILED IN NEW HAVEN |
| | AS ORDERED BY MAGISTRATE |
| VS. | JUDGE MARGOLIS. |
| | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| | |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Thomas, Byrne, Sr. | Civil Action |
| | No: 3:03CV00182(CFD) |
| Plaintiff | FELA HEARING LOSS CASES – |
| | MAY BE FILED IN NEW HAVEN |
| | AS ORDERED BY MAGISTRATE |
| VS. | JUDGE MARGOLIS. |
| | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| | |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

James E. Caffrey                              Civil Action
                                              No: 3:02CV01884(CFD)
   Plaintiff                    FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
                                              AS ORDERED BY MAGISTRATE
VS.                                           JUDGE MARGOLIS.

Metro-North Railroad Company, et al.          January 27, 2004

   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Paul F. Ciuzio                               Civil Action
                                             No: 3:02CV02032(JBA)
   Plaintiff                   FELA HEARING LOSS CASES –
                                             MAY BE FILED IN NEW HAVEN
                                             AS ORDERED BY MAGISTRATE
VS.                                          JUDGE MARGOLIS.

Metro-North Railroad Company, et al.         January 27, 2004

   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Samuel J. Compo                              Civil Action
                                             No: 3:02CV1675(PCD)
   Plaintiff                   FELA HEARING LOSS CASES –
                                             MAY BE FILED IN NEW HAVEN
                                             AS ORDERED BY MAGISTRATE
VS.                                          JUDGE MARGOLIS.

Metro-North Railroad Company, et al.         January 27, 2004

   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Frank A. DiLorenzo | Civil Action<br>No: 3:03CV00183(AWT) |
| Plaintiff | <u>FELA HEARING LOSS CASES –</u><br><u>MAY BE FILED IN NEW HAVEN</u><br><u>AS ORDERED BY MAGISTRATE</u><br><u>JUDGE MARGOLIS.</u> |
| VS. | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Richard Fanning | Civil Action<br>No: 3:02CV02034(SRU) |
| Plaintiff | <u>FELA HEARING LOSS CASES –</u><br><u>MAY BE FILED IN NEW HAVEN</u><br><u>AS ORDERED BY MAGISTRATE</u><br><u>JUDGE MARGOLIS.</u> |
| VS. | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Thomas Farley | Civil Action<br>No: 3:02CV02035(WWE) |
| Plaintiff | <u>FELA HEARING LOSS CASES –</u><br><u>MAY BE FILED IN NEW HAVEN</u><br><u>AS ORDERED BY MAGISTRATE</u><br><u>JUDGE MARGOLIS.</u> |
| VS. | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Calogero Farruggio                      Civil Action
                                        No: 3:02CV02036(CFD)
    Plaintiff                       <u>FELA HEARING LOSS CASES –</u>
                                        <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                     <u>AS ORDERED BY MAGISTRATE</u>
                                        <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.    January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Robert L. Fuda                          Civil Action
                                        No: 3:02CV01678(RNC)
    Plaintiff                       <u>FELA HEARING LOSS CASES –</u>
                                        <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                     <u>AS ORDERED BY MAGISTRATE</u>
                                        <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.    January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

John P. Geary                           Civil Action
                                        No: 3:02CV01679(WWE)
    Plaintiff                       <u>FELA HEARING LOSS CASES –</u>
                                        <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                     <u>AS ORDERED BY MAGISTRATE</u>
                                        <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.    January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Clyde Gibbs                                    Civil Action
                                               No: 3:02CV02037(WWE)
    Plaintiff                                  <u>FELA HEARING LOSS CASES –
                                               MAY BE FILED IN NEW HAVEN
                                               AS ORDERED BY MAGISTRATE</u>
VS.                                            <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.           January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Dennis Inconstanti                             Civil Action
                                               No: 3:03CV00184(JCH)
    Plaintiff                                  <u>FELA HEARING LOSS CASES –
                                               MAY BE FILED IN NEW HAVEN
                                               AS ORDERED BY MAGISTRATE</u>
VS.                                            <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.           January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Thomas Infantino                               Civil Action
                                               No: 3:02CV02038(GLG)
    Plaintiff                                  <u>FELA HEARING LOSS CASES –
                                               MAY BE FILED IN NEW HAVEN
                                               AS ORDERED BY MAGISTRATE</u>
VS.                                            <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.           January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| John F. Johnson, Jr. | Civil Action |
| | No: 3:03CV00185(GLG) |
| Plaintiff | <u>FELA HEARING LOSS CASES –</u> |
| | <u>MAY BE FILED IN NEW HAVEN</u> |
| VS. | <u>AS ORDERED BY MAGISTRATE</u> |
| | <u>JUDGE MARGOLIS.</u> |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Charles A. Kane | Civil Action |
| | No: 3:02CV01878(CFD) |
| Plaintiff | <u>FELA HEARING LOSS CASES –</u> |
| | <u>MAY BE FILED IN NEW HAVEN</u> |
| VS. | <u>AS ORDERED BY MAGISTRATE</u> |
| | <u>JUDGE MARGOLIS.</u> |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Karl Kautz | Civil Action |
| | No: 3:02CV01874(JBA) |
| Plaintiff | <u>FELA HEARING LOSS CASES –</u> |
| | <u>MAY BE FILED IN NEW HAVEN</u> |
| VS. | <u>AS ORDERED BY MAGISTRATE</u> |
| | <u>JUDGE MARGOLIS.</u> |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Thomas Kiniry                          Civil Action
                                       No: 3:02CV01680(JBA)
    Plaintiff                      <u>FELA HEARING LOSS CASES –</u>
                                       <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                    <u>AS ORDERED BY MAGISTRATE</u>
                                       <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.   January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Frederick N. Koval                     Civil Action
                                       No: 3:02CV01879(GLG)
    Plaintiff                      <u>FELA HEARING LOSS CASES –</u>
                                       <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                    <u>AS ORDERED BY MAGISTRATE</u>
                                       <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.   January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Richard, J. Laskevitch                 Civil Action
                                       No: 3:02CV01676(GLG)
    Plaintiff                      <u>FELA HEARING LOSS CASES –</u>
                                       <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                    <u>AS ORDERED BY MAGISTRATE</u>
                                       <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.   January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Sigismondo LoVerme | Civil Action |
| | No: 3:02CV01880(PCD) |
| Plaintiff | FELA HEARING LOSS CASES – |
| | MAY BE FILED IN NEW HAVEN |
| | AS ORDERED BY MAGISTRATE |
| VS. | JUDGE MARGOLIS. |
| | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| | |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Jerry, D. Patterson, Sr. | Civil Action |
| | No: 3:03CV00187(GLG) |
| Plaintiff | FELA HEARING LOSS CASES – |
| | MAY BE FILED IN NEW HAVEN |
| | AS ORDERED BY MAGISTRATE |
| VS. | JUDGE MARGOLIS. |
| | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| | |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| John Raggi | Civil Action |
| | No: 3:02CV1681(GLG) |
| Plaintiff | FELA HEARING LOSS CASES – |
| | MAY BE FILED IN NEW HAVEN |
| | AS ORDERED BY MAGISTRATE |
| VS. | JUDGE MARGOLIS. |
| | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| | |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Pedro S. Rodriguez                         Civil Action
                                           No: 3:03CV00188(JBA)
    Plaintiff                          FELA HEARING LOSS CASES –
                                           MAY BE FILED IN NEW HAVEN
VS.                                        AS ORDERED BY MAGISTRATE
                                           JUDGE MARGOLIS.

Metro-North Railroad Company, et al.       January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Edward Paul Russo                          Civil Action
                                           No: 3:02CV01682(JCH)
    Plaintiff                          FELA HEARING LOSS CASES –
                                           MAY BE FILED IN NEW HAVEN
VS.                                        AS ORDERED BY MAGISTRATE
                                           JUDGE MARGOLIS.

Metro-North Railroad Company, et al.       January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Antonio P. Sartori, Jr.                    Civil Action
                                           No: 3:02CV02039(PCD)
    Plaintiff                          FELA HEARING LOSS CASES –
                                           MAY BE FILED IN NEW HAVEN
VS.                                        AS ORDERED BY MAGISTRATE
                                           JUDGE MARGOLIS.

Metro-North Railroad Company, et al.       January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Alfred C. Schumacher                          Civil Action
                                              No: 3:02CV01875(AHN)
    Plaintiff                         FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
VS.                                           AS ORDERED BY MAGISTRATE
                                              JUDGE MARGOLIS.

Metro-North Railroad Company, et al.          January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

James R. Scofield                             Civil Action
                                              No: 3:02CV1683(JCH)
    Plaintiff                         FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
VS.                                           AS ORDERED BY MAGISTRATE
                                              JUDGE MARGOLIS.

Metro-North Railroad Company, et al.          January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Michael Selmont                               Civil Action
                                              No: 3:02CV1677(GLG)
    Plaintiff                         FELA HEARING LOSS CASES –
                                              MAY BE FILED IN NEW HAVEN
VS.                                           AS ORDERED BY MAGISTRATE
                                              JUDGE MARGOLIS.

Metro-North Railroad Company, et al.          January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Richard H. Starr                          Civil Action
                                          No: 3:03CV00189(RNC)
    Plaintiff                         <u>FELA HEARING LOSS CASES –</u>
                                          <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                       <u>AS ORDERED BY MAGISTRATE</u>
                                          <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.      January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Timothy Strand                            Civil Action
                                          No: 3:02CV01883(AWT)
    Plaintiff                         <u>FELA HEARING LOSS CASES –</u>
                                          <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                       <u>AS ORDERED BY MAGISTRATE</u>
                                          <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.      January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Millard J. Sullivan                       Civil Action
                                          No: 3:02CV01684(JCH)
    Plaintiff                         <u>FELA HEARING LOSS CASES –</u>
                                          <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                       <u>AS ORDERED BY MAGISTRATE</u>
                                          <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.      January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Timothy Sweeney                          Civil Action
                                         No: 3:02CV01872(RNC)
   Plaintiff                  <u>FELA HEARING LOSS CASES –</u>
                                         <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                      <u>AS ORDERED BY MAGISTRATE</u>
                                         <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.     January 27, 2004

   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Lawrence Tramaglini                      Civil Action
                                         No: 3:02CV02040(SRU)
   Plaintiff                  <u>FELA HEARING LOSS CASES –</u>
                                         <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                      <u>AS ORDERED BY MAGISTRATE</u>
                                         <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.     January 27, 2004

   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Joseph Walz                             Civil Action
                                         No: 3:02CV02041(DJS)
   Plaintiff                  <u>FELA HEARING LOSS CASES –</u>
                                         <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                      <u>AS ORDERED BY MAGISTRATE</u>
                                         <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.     January 27, 2004

   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Robert West                                    Civil Action
                                               No: 3:03CV00190(AWT)
    Plaintiff                          <u>FELA HEARING LOSS CASES –
                                               MAY BE FILED IN NEW HAVEN
                                               AS ORDERED BY MAGISTRATE</u>
VS.                                            <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.           January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Robert F. Wright                               Civil Action
                                               No: 3:03CV00191(RNC)
    Plaintiff                          <u>FELA HEARING LOSS CASES –
                                               MAY BE FILED IN NEW HAVEN
                                               AS ORDERED BY MAGISTRATE</u>
VS.                                            <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.           January 27, 2004

    Defendants
_____X

## <u>MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'<br>MOTION FOR RECONSIDERATION</u>

The Court should reconsider its ruling because (1) it does not take into account the effect of 45 U.S.C. § 60 in actions brought pursuant to Federal Employers' Liability Act (FELA) 45 U.S.C. § 51 et seq., and (2) any such statements are clearly work-product, and by the express language of D. Conn. L. Civ. R. 37(a) do not even have to be identified in a privilege log, let alone produced for an <u>in camera</u> inspection.

The Court Ordered plaintiffs' counsel to produce for <u>in camera</u> inspection any post-litigation "statements taken from or given by the defendants, Conrail and/or Penn

Central, their agents, servants and/or employees which relate in any way to the hearing loss that the plaintiff allegedly received as alleged in his complaint" or any post-litigation statements responsive to RFP 12.  With respect to Rule 4.2 of the Rules of Professional Conduct, the Court stated "to the extent Plaintiffs' counsel has engaged in communications with defendants' employees, Plaintiffs' counsel must have received the consent of defense counsel in accordance with Rule 4.2."

At the outset, plaintiffs' counsel can represent it is not aware of any statements prepared after litigation commenced with respect to the above-captioned hearing loss cases.  However, to the extent the Court suggests any efforts to talk to railroad employees about matters pertaining to the instant cases, or obtaining statements in the future pursuant to 45 U.S.C. Section 60 is a violation of Rule 4.2, the plaintiffs request reconsideration.  Also, to the extent the plaintiffs' counsel obtains written statements from railroad employees in the future, the plaintiffs request the Court reconsider its Order requiring production of said statements to the Court.

Rule 4.2 provides that: "In representing a client, a lawyer shall not communicate about the subject of the representation with a party the lawyer knows to be represented by another lawyer in the matter, unless the lawyer has the consent of the other lawyer or is authorized by law to do so."  (emphasis added).

Plaintiffs' counsel is authorized by law to contact railroad employees because Title 45 U.S.C. § 60 permits post-litigation contact between an FELA attorney and a railroad employee.  45 U.S.C. § 60 of the Federal Employers' Liability Act (FELA) reads as follows:

> Any contract, rule, regulation, or device whatsoever, the purpose, intent, or effect of which shall be to prevent employees of any common carrier from furnishing voluntarily information to a person in interest as to the facts incident to

> the injury or death of any employee, shall be void, and whoever, by threat, intimidation, order, rule, contract, regulation, or device whatsoever, shall attempt to prevent any person from furnishing voluntarily such information to a person in interest, or whoever discharges or otherwise disciplines or attempts to discipline any employee for furnishing voluntarily such information to a person in interest, shall, upon conviction thereof, be punished by a fine of not more than $1,000 or imprisoned for not more than one year, or by both such fine and imprisonment, for each offense: Provided, that nothing herein contained shall be construed to void any contract, rule, or regulation with respect to any information contained in the files of the carrier, or other privileged or confidential reports.

Post-litigation ex parte contact by plaintiffs' counsel with employees of a railroad defendant in an FELA action does not violate Rule 4.2.   United Transportation Union v. Metro-North Com. RR. Co., 862 F. Supp. 55 (SDNY 1994), and 1995 U.S. Dist. Lexis 15989 at 18 (S.D.N.Y. Oct. 30, 1995)  (Sweet, J.) (holding FELA attorney's post-litigation ex parte contact with railroad defendant's employee is permitted even if it violates Disciplinary Rule 7-104(A)(1)); Pratt v. National Railroad Passenger Corp., 54 F.Supp. 2d 78, 82 (D. Mass. 1999)(C.J. Young) (holding FELA attorney's ex parte contact with railroad defendant's employee did not violate the ethical requirements of Rule 4.2 as embodied in Local Rule 83.6(4)(B )); Blasena v. Consolidated Rail Corp., 898 F. Supp. 282, 286 (D. N.J. 1995) (holding Rule 4. 2 of professional conduct "flies squarely in the face of the unequivocal language of Sec. 60 and cannot be sustained").[1]

Congress' intent in enacting § 60 was as follows:

> The purpose of the amendment under consideration is to prohibit the enforcement of [rules that prohibit employees from giving information concerning an accident to anyone except specified company officials] and permit those who have information concerning the facts and circumstances of

---

[1] A result contrary to the foregoing opinions was reached in Weibrecht v. Southern Illinois Transfer, Inc., 241 F.3d 875 (7th Cir. 2001).

> a personal injury to give statements to the injured employee
> or his dependents, or to someone authorized to represent
> them.

United Transportation Union, supra, at 9 (citing Senate Comm. on the Judiciary,

Amending Employers' Liability Act, S. Rep. No.661, 76th Cong., 1st Sess., at 5

(1939)("Senate Report")).  Congress underscored the importance of railroad employees

being free to talk to FELA plaintiffs and their representatives by declaring it to be a

federal crime for any person to even attempt to prevent such communications.

 Section 60 is an integral part of the FELA, and must be liberally construed.  In

the words of one district court that examined the legislative history of Section 60,

> The broad prohibition, "by threat, intimidation, order, rule,
> contract, regulation or device," indicates that §60 was
> designed to prevent any direct or indirect chill on the
> availability of information to any party in interest in an FELA
> claim.  Therefore, the Act is to be read liberally.

Stark v. Burlington Northern, Inc., 538 F. Supp. 1061, 1062 (D. Col. 1982); see also

Sheet Metal Workers Intern. v. Burlington Northern, 736 F.2d 1250, 1252 (8th Cir. 1984)

("Section 60 should be interpreted in the context of the broad remedial purpose behind

the Federal Employers' Liability Act.")

    In Hendley v. Central of Georgia R. Co., 609 F.2d 1146, 1153 (5th Cir. 1980),

cert. denied, 449 U.S. 1093 (1984), a railroad foreman communicated with a co-

employee's attorney regarding the co-employee's injury and even took the attorney on a

switch engine into a yard so photographs could be taken for use in the co-employee's

FELA trial.  The Circuit Court held that such communication by the foreman with an

injured co-employee's attorney was protected by Section 60.  Hendley, supra, at 1153.

    The United States District Court for the District of Connecticut has found it

necessary to equitably enforce the provisions of Section 60 against Metro-North

Railroad.  In the case of William Cusack v. Metro-North Commuter Railroad, Civ. No.

N90-83 (TFGD), U.S. District Judge T.F. Gilroy Daly issued an Order prohibiting Metro-North claim agents and attorneys from preventing or attempting to prevent Metro-North employees from communicating with the FELA plaintiff's attorney regarding the facts incident to the FELA plaintiff's injury.    After careful review of the Affidavits and Memoranda filed by both sides, Judge Daly ordered:

> Accordingly, the Court hereby ORDERS that the defendant Metro-North Commuter Railroads its agents, attorneys, officers, and claim agents, including but not limited to Claim Agent John J. McGovern shall cease and desist from any and all further threats, intimidation, coercion, or any other devices whatsoever the purpose, intent, or effect of which is to prevent or attempt to prevent employees with information regarding the plaintiff William Cusack's alleged FELA injury - including but not limited to Gerard J. Colligan - from voluntarily furnishing information to the plaintiff or to the plaintiff's attorney regarding the facts incident to the plaintiffs alleged FELA injury.  It is hereby further ORDERED that the defendant Metro North Commuter Railroad—its agents, attorneys, officers, and claim agents, including but not limited to Claim Agent John J. McGovern—are hereby prohibited from retaliating against, discharging, or disciplining in any way such employees including but not limited to employee Gerald J. Corrigan—in connection with their furnishing of information to plaintiff Cusack and to his attorney or in connection with their testimony at the upcoming trial before this Court of William Cusack's FELA case. This Order may be enforced by any person who is affected by its violation at any point before, during, or after the trial of the plaintiff's FELA case.

Order dated March 28, 1991 [Exh. 1].

For the reasons set forth above, the plaintiffs respectfully request the Court reconsider its ruling with respect to RFP 4 and 12.  Upon reconsideration, the plaintiffs request that the Court only require production of responsive documents prepared prior to commencement of the respective hearing loss case.   The plaintiffs also request an extension of time within which to file any objections to the Court's Ruling until ten days

after the Court rules on the instant Motion for Reconsideration.

FOR THE PLAINTIFFS,


By_____
    Scott E. Perry (ct17236)
    CAHILL & GOETSCH, P.C.
    43 Trumbull Street
    New Haven, Connecticut  06511
    (203) 777-1000

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on this 27th day of  January, 2004 to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905.


_____
Scott E. Perry