UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X

| | |
|---|---|
| ROBERT L. FUDA, | CIVIL ACTION |
| Plaintiff | No: 3:02CV01678 (RNC) |
| | **FELA HEARING LOSS CASES.** |
| VS. | **MAY BE FILED IN NEW HAVEN** |
| | **AS ORDERED BY MAGISTRATE** |
| | **JUDGE MARGOLIS** |
| METRO-NORTH RAILROAD COMPANY, et al., | February 5, 2004 |
| Defendants | |

------------------------------------X

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ANY OBJECTIONS AND MOTION FOR RECONSIDERATION OF THE COURT'S RULINGS ON PLAINTIFFS' MOTION TO COMPEL

Pursuant to D. Conn. L. Civ. R. 7(c), the plaintiffs seek to have the Court reconsider its January 23, 2004 Ruling on the plaintiffs' Motion To Compel the Conrail Defendants. Specifically, the plaintiffs seek to have the Court reconsider its ruling with respect to requests 5, 14, 25, 27, 28, and 29. The plaintiffs also move for a ten day extension of time from the Court's decision with respect to the instant Motion within which to file any objections to the Court's January 23, 2004 Ruling on the Plaintiffs' Motion To Compel Conrail Defendants. A Memorandum of Law accompanies the instant Motion.

**ORAL ARGUMENT REQUESTED.**

Respectfully submitted,

FOR THE PLAINTIFFS,

By_____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 5th day of February, 2004, to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry